IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01271-PSF

JAMES T. POWELL,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER TO RESET ORAL ARGUMENT

This matter comes before the Court *sua sponte*. It is hereby ORDERED that the oral argument hearing currently set for March 24, 2006 at 2:00 p.m. is RESET to March 24, 2006 **at 1:00 p.m.**

    DATED: February 22, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge