IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01271-PSF

JAMES T. POWELL,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

---

## ORDER TO RESET ORAL ARGUMENT

---

This matter comes before the Court *sua sponte*. It is hereby ORDERED that the oral argument hearing currently set for March 24, 2006 is RESET to **April 10, 2006 at 8:30 a.m.**

    DATED: March 3, 2006

                                                               BY THE COURT:

                                                               *s/ Phillip S. Figa*
                                                               _____
                                                               Phillip S. Figa
                                                               United States District Judge