IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01271-PSF

JAMES T. POWELL,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

---

## ORDER TO VACATE ORAL ARGUMENT

---

This matter comes before the Court *sua sponte*. It is hereby ORDERED that the oral argument hearing currently set for March 24, 2006 is VACATED. The Court will determine whether the hearing needs to be reset.

DATED: April 5, 2006

                      BY THE COURT:

                      *s/ Phillip S. Figa*
                      _____
                      Phillip S. Figa
                      United States District Judge