IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01271-PSF

JAMES T. POWELL,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

_____

**ORDER RESETTING ORAL ARGUMENT**
_____

The hearing on this Social Security appeal is hereby rescheduled for **Tuesday April 25, 2006 at 2:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A602, 6th Floor, Arraj Courthouse, 901 19th Street, Denver, Colorado.  Oral argument will be limited to 15 minutes per side.

    DATED: April 12, 2006

                                                    BY THE COURT:

                                                  *s/ Phillip S. Figa*
                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge